IN THE UNITED STATES DISTRICT COURT
EATERN DISTRICT OF MISSOURI

THOMAS CARTER, Individually and on      )
Behalf of The Estate of Margaret Carter,      )
                                        )
      Plaintiffs,                     )
                                        )    Case No.
vs.                                     )
                                        )    JURY TRIAL DEMANDED
ZUKHRIDDIN KHAYRULLAEV,                 )
MGI EXPRESS, LLC,                       )
AMERICAN POWER TRANSPORTATION)
And LANDSTAR RANGER, INC.,              )
                                        )
      Defendants.                    )

## NOTICE OF REMOVAL TO DISTRICT COURT

Comes now Defendant, Landstar Ranger, Inc., by and through its attorneys, and requests the removal of the above captioned action from the Circuit Court of Phelps County, State of Missouri, to the United States District Court for the Eastern District of Missouri pursuant to the provisions of U.S.C. Sections 1332 and l441(a).  In support of his request, Defendant states as follows:

1.    Plaintiff commenced this action in the Circuit Court of Phelps County, State of Missouri, on or about April 10, 2020 under the caption Thomas Carter, Individually and on behalf of the Estate of Margaret Carter, Zukhriddin Khayrullaev, MGI Express, LLC, American Power Transportation and Landstar Ranger, Inc., Cause No. 20PH-CV00521.

2.    Defendant hereby requests the removal of said action to the United States District Court for the Eastern District of Missouri, based upon the existence of diversity of citizenship between Plaintiff and Defendants pursuant to the diversity jurisdiction of this court and 28 U.S.C. Section l332(a)(1).

3.      The United States District Court for the Eastern District of Missouri, is the

Federal District Court embracing the County of Phelps, State of Missouri, where this action is

currently pending.

4.      This is a civil action over which this Court has original jurisdiction pursuant to 28

U.S.C. Section 1332(a)(1), and is one which may be removed to this Court pursuant to the

provisions of 28 U.S.C. Section l44l(a), in that:

a.      Plaintiff was a citizen and resident of the State of Missouri at the time of

the occurrence described in Plaintiff's Petition, and continues to be and remains a resident of the

State of Missouri up to and including the present time.

b.      Defendant Zukhriddin Khayrullaev was at the time of the commencement

of this action, and still is, a citizen of the State of Ohio and an individual residing in Mason,

Ohio;

c.      Defendant MGI Express, LLC was, at the time of the commencement of

this action, and still is, a citizen of the State of Ohio, a corporation duly incorporated under the

laws of the State of Ohio, and having its principal place of business in Dayton, Ohio, and not in

Missouri.

d.      Defendant American Power Transportation was, at the time of the

commencement of this action, and still is, a citizen of the State of Ohio, a corporation duly

incorporated under the laws of the State of Ohio, and having its principal place of business in

Dayton, Ohio, and not in Missouri.

e.      Defendant Landstar Ranger, Inc., was, at the time of the commencement

of this action, and still is, a citizen of the State of Florida, a corporation duly incorporated under

the laws of the State of Florida, and having its principal place of business in Plantation, Florida, and not in Missouri.

        f.      Plaintiff's Petition seeks recovery of an amount in excess of $75,000, and therefore there is a reasonable probability that the matter in controversy herein exceeds the sum of $75,000 exclusive of interest and costs.

        5.      This Petition is filed pursuant to the provisions of 28 U.S.C. Sections 1441(a) and 1446 within 30 days after the receipt by Defendant of the initial pleadings setting forth the claim for relief upon which this action is based.

        6.      There are attached to this notice and incorporated hereby by reference, true and accurate copies of all process, pleadings and orders to date in this action.

        WHEREFORE, Defendant Landstar Ranger, Inc. requests that this case be removed from the Circuit Court of Phelps County, State of Missouri to the United States District Court for the Eastern District of Missouri.

_____
James A. Wilke

STATE OF MISSOURI    )
                    )SS
CITY OF ST. LOUIS     )

        James A. Wilke, first being duly sworn upon his oath, states that he is the agent and attorney for Defendant, that he has read the foregoing Removal Petition and knows the contents thereof, and that the statements herein contained are true to the best of his knowledge, information and belief.

        IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this _19_ day of _May_, 20_20_.

_____
NOTARY PUBLIC

My Commission Expires:

**/s/ James A. Wilke**
James A. Wilke #51242MO
Kent W. Zschoche #52060MO
WILKE & WILKE, P.C.
Attorneys for Defendant
Landstar Ranger, Inc.
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax: 314-371-0900
wilke@wilkewilke.net

A copy of the foregoing faxed this ___19___ day of ___May___, 2020 to:

Neil J. Bruntrager
Attorney at Law
225 S. Meramec Avenue, Suite 1200
Clayton, MO  63105
ATTORNEY FOR PLAINTIFFS

                                        **/s/ James A. Wilke**

JAW:lb