UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:20-cv-00670-AGF |
| | ) |
| ZUKHRIDDIN KHAYRULLAEV, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court Plaintiff Thomas Carter's second motion for leave to file Exhibit 8, the "GE Master Services Agreement," and Exhibit 9, the "Amended GE Contract," to his response to Defendant Landstar Ranger's Statement of Undisputed Material Facts under seal.  (Doc. No. 86).  He notes that the documents are subject to the protective order.  (Doc. No. 50).  The Court's protective order states that Defendant Landstar Ranger, Inc. designated the GE Master Services Agreement as confidential.  *Id*. at 3.

Accordingly, the Court will order Landstar Ranger to file a memorandum advising why the documents need to be filed under seal pursuant to Local Rule 13.05(A)(4)(b).  Landstar Ranger must also file either a redacted copy of the exhibits in the public record or a memorandum explaining the specific reasons for the failure or inability to file a redacted document.  E.D.Mo. Local Rule 13.05(A)(4)(c).  The Court notes that "[t]he fact that

certain information or material has been protected as confidential by parties in a case pursuant to a Protective Order is relevant to, but not dispositive of, whether this information or material will be sealed when filed with the Court." E.D.Mo. Local Rule 13.05.  Thus, Landstar Ranger must provide further justification for sealing any portion of the documents.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Landstar Ranger, Inc. shall file a memorandum advising why the documents need to be filed under seal and either a redacted copy of the exhibits in the public record or a memorandum explaining the failure or inability to file a redacted copy within **five (5) days** of the date of this order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2022.