UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   4:20-cv-00670-AGF |
| ) | |
| ZUKHRIDDIN KHAYRULLAEV, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court Plaintiff Thomas Carter's second motion for leave to file Exhibit 8, the "GE Master Services Agreement," and Exhibit 9, the "Amended GE Contract," to his response to Defendant Landstar Ranger's Statement of Undisputed Material Facts under seal.  (Doc. No. 86).  The Court previously ordered Defendant Landstar Ranger, Inc., the party who produced the documents and asserted confidentiality, to file a memorandum advising why the documents need to be filed under seal and file either a redacted copy of the exhibits in the public record or a memorandum explaining the specific reasons for the failure or inability to file a redacted document pursuant to Local Rule 13.05.  (Doc. No. 88).

Landstar Ranger filed a motion explaining the contracts must be sealed because they have a provision prohibiting their disclosure, filing them on the public record would breach the confidentiality term, and public interest in the contracts is minimal.  (Doc. No. 89).  It

further explains that it cannot file a redacted copy because it does not know which portions of the contracts Plaintiff intends to rely upon. Plaintiff has already produced sealed copies of the exhibits, which the Court and the parties to this case may access. The Court ordered Landstar Ranger to file a redacted copy of the exhibits on the public record or a memorandum explaining why such a copy cannot be flied so that the public may access those documents. However, the Court concludes that Landstar Ranger has nevertheless shown that it is not able to file redacted copies because the contracts represent an agreement between Landstar Ranger and non-party General Electric and contain a confidentiality agreement.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Thomas Carter's motion for sealing is **GRANTED**. (Doc. No. 86). The exhibits shall remain sealed until further order of the Court.

  _____
  AUDREY G. FLEISSIG
  UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2022.