## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| THOMAS CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   4:20-cv-00670-AGF |
| | ) |
| ZUKHRIDDIN KHAYRULLAEV, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Landstar Ranger, Inc.'s motion for leave to file its response to Plaintiff's statement of facts under seal. (Doc. No. 95). The Court previously granted Plaintiff's motion for leave to file the GE Master Services Agreement and the Amended GE Contract under seal because the contracts represent an agreement between Landstar and non-party General Electric and contain a confidentiality agreement. (Doc. No. 91). Landstar seeks to quote portions of the contracts in its response, and as such it requests leave to seal. Landstar also filed a redacted copy of its response to Plaintiff's statement of material facts on the public record. (Doc. No. 98). Landstar has complied with the requirements of Local Rule 13.05.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Landstar Ranger, Inc.'s motion for leave to file its response to Plaintiff's statement of facts under seal is **GRANTED**. (Doc.

- 2 -

No. 95).  The response shall remain sealed until further order of the Court.

                                                */s/ Audrey G. Fleissig*
                                        AUDREY G. FLEISSIG
                                        UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2022.