## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THOMAS CARTER, Individually and on Behalf of the Estate of Margaret Carter,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUKHRIDDIN KHAYRULLAEV,<br>MGI EXPRESS, LLC,<br>AMERICAN POWER TRANSPORTATION<br>And LANDSTAR RANGER, INC.<br><br>Defendants. | Case No. 20-cv-00670-AGF |

### DEFENDANTS' ZUKHRIDDIN KHAYREULLAEV, MGI EXPRESS LLC AND AMERICAN POWER TRANSPORTATION'S DEPOSITION DESIGATIONS

COMES NOW Defendants Zukhriddin Khayrullaev, MGI Express LLC and American Power Transportation's by and through undersigned counsel, hereby designate the following deposition testimony which may be read at trial:

### Deposition of Daniel Workman

    6:23 starting at Would-6:25
    7:15 starting at Tell-7:24
    8:7 stating at And-8:17
    9:15 starting at To-9:16
    9:21-9:22
    18:8 starting at Now-18:12
    20:5 starting at I-20:21
    20:24-22:1
    23:3-23:13
    23:23-24:16
    29:8 starting at Look-29:19
    30:13 starting at You're -30:25
    39:14-40:12
    53:10 starting at Does-53:16

**Deposition of Dennis Burke**

    6:15 start at would-6:17
    6:20-6:21
    7:13-7:19
    36:25-37:8
    37:17-37:24
    39:9:39:13
    39:21-39:24
    40:12-40:18
    41:5-42:3
    42:8-42:9
    43:3 starting at Have-45:9
    50:22-51:1
    52:17-53:3
    56:18-57:9
    57:12-57:13
    59:12-59:21
    64:9-64:25

**Deposition of Ilimdar Abbasov**

    6:11-6:15
    6:23 starting at What-7:1
    7:8-7:10
    8:18 stating at Why-8:20
    11:22-11:24
    12:4-12:10
    13:17-13:20
    16:20-16:23
    17:7-17:12
    18:15-18:19
    19:18-19:23
    27:17-27:18
    28:1
    29:14-29:17
    29:22-29:25
    32:2-32:4
    34:5-16
    41:23-42:3
    42:7-42:11
    42:13-42:17
    42:19-42:22
    42:24-43:12

43:15
44:24-45:1
45:24-46:7
46:12
48:21-49:8

## Deposition of Ilkhom Abbasov

7:6 starting at Mr. -7:9
7:17-7:19
7:23-7:24
8:16-8:18
11:10-11:13
11:17-11:19
14:3-14:7
14:10
14:15
14:18
15: 1-2
15:5
15_21-15:22
15:25
16:1
16:4-16:6
16:9
16:19-16:20
16:23-16:25
26:22-27:3
27:6-27:11
27:18-28:13
30:6-30:11
31:5-31:10
31:13-31:23
32:1
32:12-32:16
35:4-35:6
35:15-35:17
35:20
36:16-37:2

## Deposition of Lane Vaningen

5:9-5:11
8:17-8:21
27:8-27:19
56:1-56:8

    65:11-66:1
    66:12-66:19
    67:24-68:23
    76:18 starting at What-77:9
    89:2-89:21
    92:7-92:11
    92:18-9:25
    93:4-93:13

**Deposition of Marc Gentry**

    8:11 starting at State-9:24
    10:13-10:19
    11:4 starting at And-11:19
    16:18 starting at When-16:21
    20:24-21:16
    24:20 starting at There- 25:8
    35:8-36:7
    37:14 starting at Now-38:8
    43:9 starting at Now-43:17
    43:19
    46:6 starting at Now-47:14
    51:3-51:8
    52:6-53:15
    68:12 starting at Now-69:21

**Deposition of Rocco Davanzo**

    4:22-5:4
    5:15-5:19
    6:4-6:6
    6:11-6:17
    6:25-7:6
    8:21-9:7
    10:4-10:7
    13:15-14:11
    15:7 starting at So-16:11
    17:15-17:23
    18:2 starting at Are-18:23
    21:1-21:24

**Deposition of Rusty Cody**

    4:16-4:18
    7:14-7:19
    8:1-8:23

9:5-9:8
28:14-29:23
30:17-30:22
33:22-34:7
56:1-56:21
58:19 starting at And-60:13

## Deposition of Scott Ray

6:7-6:10
6:22-7:12
12:20-13:12
14:10 starting at What-14:19
16:17-17:13
18:20 starting at So-19:1
23:12 starting at Based-24:24
117:8-117:11
118:4-118:9
119:4-119:13
120:22 starting at Now-121:7
121:13-121:16
125:20 starting at Now-126:1
126:11 starting at So-126:17
128:5-128:13
130:14 starting at Now-133:4
133:21-134:23
135:16-136:1
136:11 starting at It-136:19
137:3 starting at And -137:10
137:16-139:24
142:7-142:17
145:11-146:11
147:9-147:12

## Deposition of Thomas Corsi

4:15-5:3
5:17-6:6
6:19-7:4
8:10-8:19
9:1-9:4
9:12-10:1
12:13-14:8
14:15-:21
16:10-19:18
20:12-20:15
20:20-20:22

    21:18-22:16
    25:11 starting at I-26:21
    27:11 starting at So-27:18
    28:19-28:14
    34:18-34:21
    59:19-59:22
    1:1-61:14
    67:11-69:21
    89:8 starting at All right-89:11
    89:21 starting at If -90:4
    94:2 starting at If-94:25
    108:9-108:17
    109:2-109:10
    111:21-113:3
    131:15 starting at You-132:4
    134:5-18

**Deposition of Thomas Olsen**

    4:25-5:1
    8:14-9:14
    10:1-10:11
    14:17 starting at All-15:5
    20:21 starting at Can-21:9
    23:14 starting at Back-24:19
    29:20-30:11
    32:23 starting at How-.32:25
    33:21 starting at Prior-34:7
    38:24-40:19
    55:18-56:13
    84:13-84:17
    84:20 starting at was-84:25
    85:19 starting at And-86:6
    86:9 starting at True
    86:18 stating at And-86:23
    87:5-87:9

**Deposition of William Hampton**

    6:8-9
    6:19-7:12
    17:4-7
    21:22-23:1
    34:4-7
    78:19-21
    79:23 starting at How-80:18

6

83:10-17
140:3-6
140:24-141:15
142:2-21
144:6-8

Respectfully Submitted,

**FRANKE SCHULTZ & MULLEN, PC**

*/s/ James C. Meyers*
JOHN L. MULLEN                              #42309
JAMES C. MEYERS                           #68267
8900 Ward Parkway
Kansas City, MO 64114
Phone: (816) 421-7100
Fax: (816) 421-7915
E-mail: Jmullen@fsmlawfirm.com
            jmeyers@fsmlawfirm.com
**Attorneys for Defendants**
**Zukhriddin Khayrullaev,**
**MGI Express LLC and American**
**Power Transportation**

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was served via electronic mail on October 25, 2022, to the following:

Neil J. Bruntrager
Attorney at Law
225 S. Meramec Avenue, Suite 1200
Clayton, MO 63105
njbatty@aol.com
**Attorney for Plaintiff**

 And

Timothy W. Monsees MO#31004
 Ryan D. Frazier, MO #69081
Attorney at Law
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
tmonsees@monseesmayer.com
 rfrazier@monseesmayer.com
CO-COUNSEL FOR PLAINTIFFS

7

and

Daniel E. Wilke #24464MO
James A. Wilke #51242MO
Stephen A. Wilke #53049MO
Kent W. Zschoche #52060MO
WILKE & WILKE, P.C.
Attorneys for Defendant
Landstar Ranger, Inc.
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax: 314-371-0900
wilke@wilkewilke.net
jwilke@wilkewilke.net
**Attorney for Defendant Landstar Ranger, Inc**

and

Joseph R. Swift
Baker Sterchi Cowden & Rice LLC
100 N. Broadway, 21st Floor
St. Louis, MO 63102
jswift@bscr-law.com
**Attorney for Defendant Landstar Ranger, Inc**

and

Tim E. Dollar          #33123
DOLLAR, BURNS, BECKER & HERSHEWE
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 876-2600
(816) 221-8763 (Fax)
timd@dollar-law.com
**Attorney for Defendants**
**MGI Express, LLC and**
**American Power Transportation**